UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMMAD HAKEEM, M.D.,

    Plaintiff,

v.                              CASE NO: 8:04-cv-1329-T-26EAJ

UNION CENTRAL LIFE INS. CO.,

    Defendant.
_____/

**O R D E R**

    Before the Court is Defendant's Motion to Compel Discovery from a non-party, Florida Health Sciences Center, Inc., in which it seeks a determination that the "Peer Review Privilege" embodied in Florida's statutory law does not apply within the factual context of this case. Because the Court in a remarkably similar case has already determined that the privilege did not apply, see Nadiminti v. Uniprovident Corporation, et al., case number 8:00-cv-1539-T-26MAP, dockets 14 & 15 (following Toyos v. Northwestern Mut. Life Ins. Co., 1 F. Supp. 2d 1462 (S.D. Fla. 1998), the Court needs no response from the non-party and concludes that the motion is due to be granted.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) Defendant's Motion to Compel Discovery (Dkt. 14) is granted.

2) Florida Health Sciences, Inc., shall provides documents responsive to item one of Defendant's subpoena within 15 days of the date of the entry of this order.

**DONE AND ORDERED** at Tampa, Florida, on January 19, 2005.

   s/
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record